IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| J.R.C et al,<br><br>Plaintiff(s),<br><br>v.<br><br>NOEM et al,<br><br>Defendant(s). | Case No. 25-cv-11853<br>Judge Sara L. Ellis |

## ORDER

(T:20) In Court Hearing Held. The Court grants Petitioner's oral motion to voluntarily dismiss this action as to Alfa Nohemi Chavez Alvarez and the minor children, D.R.C. and J.R.C. However, it shall remain pending as to Petitioner Jaime Misael Ramirez. It is further ordered that this action is transferred to the Southern District of Indiana as to Petitioner Jaime Misael Ramirez Ambrosio only, forthwith.

Date: 10/8/2025

_____
U.S. District Court Judge Sara L. Ellis